**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| YLIYAH BEN YISRAYL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:17-CV-1672 AGF |
| | ) | |
| STE. GENEVIEVE COUNTY DET. CTR., | ) | |
| | ) | |
| Defendants. | ) | |

## <u>MEMORANDUM AND ORDER</u>

Before the Court is plaintiff's "motion to separate complaints." Plaintiff states in his motion to that he has filed "documents" in this matter that he wished to be construed as separate complaints.

On July 14, 2017, the Court recognized that plaintiff's filing, titled "Sworn Affidavit of Truth [Doc. #5]," was in fact, a motion to vacate brought pursuant to 28 U.S.C. § 2255. His "Sworn Affidavit" will be detached from the instant action and used to file a new motion to vacate, in Case No. 4:17-CV-1978 HEA (E.D.Mo.).

Additionally, on July 13, 2017, the Court received by mail, two separate handwritten pleadings from plaintiff, written on the Court's Prison Complaint forms. The first pleading has Case No. 4:17-CV-1672 AGF written on the document, and as such, the Court will file it as an amended complaint in the instant matter.

The second pleading appears to be a new case, as it does not have a case number written on the document, and it refers to allegations against St. Genevieve County Jail and their purported failure to provide plaintiff with a kosher diet. This pleading will be filed as a new case in the Court.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's "motion to separate complaints" [Doc. #8] is **GRANTED**.

**IT IS FURTHER ORDERED** that plaintiff's July 14, 2017 filing, titled "Sworn Affidavit of Truth, formerly Docket No. 5 in this action, shall be filed as a new motion to vacate, brought pursuant to 28 U.S.C. § 2255. See 4:17-CV-1978 HEA (E.D. Mo.).

**IT IS FURTHER ORDERED** that plaintiff's complaint, received by mail on July 13, 2017, with Case No. 4:17-CV1672 AGF written on the front, shall be filed in the instant action as an amended complaint.

**IT IS FURTHER ORDERED** that plaintiff's complaint, received by mail on July 13, 2017, relating to plaintiff's attempts to receive a kosher diet from St. Genevieve County Jail, shall be filed as a new action in this Court.

Dated this 17th day of July, 2017.

_Audrey G. Fleissig_
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE